# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2045. WILLIE MAYS v. THE STATE.**

In 2015, Willie Mays pled guilty to theft by taking. He has filed numerous applications and direct appeals in this Court stemming from his plea.[1] In this direct appeal, Mays attempts to appeal the trial court's October 17, 2017 order denying his motion to set aside a void judgment. However, Mays did not file a notice of appeal from this order until December 4, 2017. We lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Mays's notice of appeal is untimely, as it was filed 48 days after entry of the order he seeks to appeal.

Moreover, as the Supreme Court has explained, a post-conviction motion to vacate or set aside an allegedly void conviction is not an appropriate remedy in a criminal case. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed.  See *Roberts*, 286 Ga. at 532; *Harper*, 286 Ga. at 218 (2).

---

[1] See A19D0231 (dismissed Dec. 27, 2018); A19D0192 (dismissed Dec. 10, 2018); A19A0650 (dismissed Dec. 10, 2018); A19A0649 (dismissed Dec. 19, 2018); A18A1715 (dismissed June 7, 2018); A18A1716 (dismissed June 7, 2018); A17E0035 (denied Feb. 15, 2017); A04D0030 (dismissed Sep. 19, 2003).

Because Mays's notice of appeal is untimely and because his motion to set aside a void judgment is not a valid remedy, this direct appeal from the trial court's denial of that motion is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/01/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*